UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

STEVEN ASH-DAVIS,

        Plaintiff

v.                                            C-1-06-648

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant

## **ORDER**

This matter is before the Court upon the Report and Recommendation of the United States Magistrate (doc. no. 19), to which there are no objections, granting plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act ("EAJA") (doc. no. 16).

Upon a *de novo* review of the record, the Court finds that the Magistrate Judge has accurately set forth the controlling principles of law and properly applied them to the particular facts of this case and agrees with the recommendation of the Magistrate Judge.

Accordingly, the Court hereby **ADOPTS AND INCORPORATES HEREIN BY REFERENCE** the Report and Recommendation of the United States Magistrate Judge (doc. no. 19). Plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act (doc. no. 16) is **GRANTED**. The defendant shall pay plaintiff the amount of $2,593.75 in attorney fees and $350.00 in costs for a total award of $2943.75 which will satisfy all of plaintiff's claims for fees, costs and expenses under the EAJA, 28 U.S.C. § 2412.

**IT IS SO ORDERED.**

                                                <u>s/Herman J. Weber</u>
                                           Herman J. Weber, Senior Judge
                                             United States District Court